# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN THE MATTER OF THE
INTERDICTION OF SANFORD B.
PICOU

NO.  2024 CW 0283

**JUNE 4, 2024**

---

In Re:    Tammie  Picou,  applying  for  supervisory  writs,  23rd
Judicial  District  Court,  Parish  of  Ascension,  No.
19726.

---

**BEFORE:    THERIOT, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

> **MRT**
> **AHP**
> **WIL**

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
FOR THE COURT